IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MARY E. JONES,<br><br>  Debtor,<br><br>NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY,<br><br>  Movant,<br><br>  v.<br><br>MARY E. JONES and<br>FREDERICK L. REIGLE, Ch. 13 Trustee<br><br>  Respondents | Bankruptcy No. 15-16119-sr<br><br>Chapter 13<br><br>Document No. 59 |

NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Secured Creditor, NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1) to permit NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY to foreclose on 228 South 49th Street, Philadelphia, Pennsylvania 1913919139.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **Monday, November 14, 2016**, you or your attorney must do **all** of the following:

    (a) file an answer explaining your position at:

        Clerk, U.S. Bankruptcy Court
        Robert N.C. Nix Sr. Federal Courthouse
        900 Market Street, Suite 400
        Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)  mail a copy to the Movant's attorneys:

      Peter J. Ashcroft, Esquire
      Bernstein-Burkley, P.C.
      707 Grant Street, Suite 2200, Gulf Tower
      Pittsburgh, PA  15219

2.  If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Stephen Raslavich on **Wednesday, November 30, 2016 at 10:00 A.M.** in Courtroom #4, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

      Respectfully submitted,

      BERNSTEIN-BURKLEY, P.C.

      By: /s/ Peter J. Ashcroft
      Peter J. Ashcroft, Esq.
      PA I.D. #87317
      pashcroft@bernsteinlaw.com
      707 Grant Street, Suite 2200, Gulf Tower
      Pittsburgh, PA 15219
      Phone: (412) 456-8107
      Fax: (412) 456-8135

      Counsel for Nationstar Mortgage LLC

Dated: October 28, 2016