IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 14-12549-mdc |
| MARY E. JONES, | Chapter 13 |
| Debtor, | Related to Doc. Nos. 59 and 60 |
| NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY, | |
| Movant, | |
| v. | |
| MARY E. JONES and FREDERICK L. REIGLE, Ch. 13 Trustee | |
| Respondents | |

### CERTIFICATE OF SERVICE OF MOTION OF NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF MOTION

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on October 28, 2016, I served copies of the Motion for Relief from the Automatic Stay (filed at Doc. No. 59), and the Notice of Motion, Response Deadline and Hearing Date (filed at Doc. No. 60) upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

Mary Ellen Jones
228 S. 49th Street
Philadelphia, PA 19139

and:

| | |
|---|---|
| Irwin Lee Trauss, Esq. | itrauss@philalegal.org |
| William C. Miller, Ch. 13 Trustee | amc@ph13trustee.com |
| Office of the United States Trustee | ustpregion03.ph.ecf@usdoj.gov |

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Peter J. Ashcroft
Peter J. Ashcroft, Esq.
PA I.D. #87317
pashcroft@bernsteinlaw.com
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone: (412) 456-8107
Fax: (412) 456-8135

Counsel for Nationstar Mortgage LLC