IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MARY E. JONES,<br><br>        Debtor,<br><br>NATIONSTAR MORTGAGE LLC D/B/A<br>CHAMPION MORTGAGE COMPANY,<br><br>        Movant,<br><br>    v.<br><br>MARY E. JONES and<br>FREDERICK L. REIGLE, Ch. 13 Trustee<br><br>        Respondents | Bankruptcy No. 15-16119-sr<br><br>Chapter 13<br><br>Document No. |

ORDER OF COURT

AND NOW, this ___ day of _____, 2016, upon consideration of Nationstar Mortgage LLC d/b/a Champion Mortgage Company Motion for Relief from Automatic Stay (the "Motion"), and after notice and hearing and there being no objection thereto, it is hereby:

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY; and it is further

ORDERED, that NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY be entitled to proceed with appropriate state court remedies against the property located at 228 South 49th Street, Philadelphia, Pennsylvania 19139, including without limitation a sheriff's sale of the property, and it is further

ORDERED that NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY shall provide notice of any surplus to the Trustee promptly after the property is disposed of.

ORDERED that NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT:

_____
Hon. Stephen Raslavich
United States Bankruptcy Court Judge