# UNITED STATES BANKRUPTCY COURT
### Eastern District of Pennsylvania

In re: Mary Ellen Jones                                       Case No. 15-16119-jkf

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY                Court Claim # (if known) 1
Name of Secured Creditor

Old Address of Secured Creditor:
3900 Capital City Blvd. Lansing, MI 48906

New Name and/or Address where NOTICES to Secured Creditor should be sent:

Champion Mortgage Company
8950 Cypress Waters Blvd.
Coppell, TX  75019

Phone: 855-683-3095

Name and/or Address where PAYMENTS to Secured Creditor should be sent (if different from above):

Champion Mortgage Company
PO BOX 619093
Dallas, TX  75261

Phone: 855-683-3095

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Kevin Buttery                                       Date: December 7, 2017
Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.





16-016389 - BrH

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 7, 2017 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

IRWIN LEE TRAUSS
Philadelphia Legal Services
718 Arch Street Suite 300 N
Philadelphia, PA 19106

Mary Ellen Jones
228 S. 49th Street
Philadelphia, PA 19139

FREDERICK L. REIGLE
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

POLLY A. LANGDON
Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street Suite 500
Philadelphia, PA 19107

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/ Kevin Buttery
Kevin Buttery, Esq.
Email: kbuttery@rascrane.com

16-016389 - BrH