IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: <br><br> MARY ELLEN JONES, <br><br> Debtor | Bankruptcy No. 15-16119-jkf <br><br> Chapter 13 <br><br><br> Adversary Case No. 17-00111 |
|---|---|

NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF
MORTGAGE EQUITY CONVERSION ASSET TRUST 2011-1 (AKA MORTGAGE EQUITY
CONVERSION ASSET TRUST 2011-1, MORTGAGE-BACKED SECURITIES 2011-1) BY US BANK
NATIONAL ASSOCIATION AS CO-TRUSTEE

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, Mortgage Equity Conversion Asset Trust 2011-1 (aka Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities 2011-1) by US Bank National Association as Co-Trustee, in both the above-captioned bankruptcy matter and adversary proceeding, and add my name to the mailing matrix to receive notices of all matters in this case.

    Respectfully submitted,

    BERNSTEIN-BURKLEY, P.C.

    By: /s/ *Lara S. Martin*
    Lara S. Martin, Esquire
    PA I.D. # 307272
    lmartin@bernsteinlaw.com
    707 Grant Street
    Suite 2200 Gulf Tower
    Pittsburgh, PA  15219
    Tel: (412) 456-8112
    Fax: (412) 456-8135

    *Attorney for Creditor Mortgage Equity Conversion Asset Trust 2011-1 (aka Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities 2011-1) by US Bank National Association as Co-Trustee*

Dated: October 23, 2018