*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Mary Ellen Jones
    Debtor(s)

Case No: 15–16119–jkf
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon, United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*

Motion for Relief from Stay Filed by NATIONSTAR MORTGAGE LLC Represented by PETER J. ASHCROFT (Counsel).

Pre–Trial in Adv. 17–00111–JKF

    on: 7/16/19

    at: 02:00 PM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 5/30/19

Timothy B. McGrath
Clerk of Court

136 – 59
Form 167