United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-16119-jkf
Mary Ellen Jones                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Joan              Page 1 of 1              Date Rcvd: May 30, 2019
                              Form ID: 167            Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2019.
db           +Mary Ellen Jones,    228 S. 49th Street,    Philadelphia, PA 19139-4206
13638243     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,    350 Highland Drive,   Lewisville, TX 75067)
13586582     +Nationstar Mortgage,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
13612331     +Nationstar Mortgage LLC d/b/a Champion Mortgage Co,    Champion Mortgage Company,
               P.O. Box 619093,    Dallas, TX 75261-9093

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
              IRWIN LEE TRAUSS    on behalf of Plaintiff Mary Ellen Jones itrauss@philalegal.org,
               irwin@trauss.com
              IRWIN LEE TRAUSS    on behalf of Debtor Mary Ellen Jones itrauss@philalegal.org,  irwin@trauss.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Champion Mortgage Company bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KERI P EBECK    on behalf of Creditor    Mortgage Equity Conversion Asset Trust 2011-1 (aka
               Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities 2011-1) by US Bank
               National Association as Co-Trustee kebeck@bernsteinlaw.com,  jbluemle@bernsteinlaw.com
              KERI P EBECK    on behalf of Defendant    Nationstar Mortgage LLC d/b/a Champion Mortgage Company
               kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
              KEVIN M. BUTTERY    on behalf of Creditor   NATIONSTAR MORTGAGE LLC kbuttery@rascrane.com
              LARA SHIPKOVITZ MARTIN    on behalf of Creditor    Mortgage Equity Conversion Asset Trust 2011-1
               (aka Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities 2011-1) by US
               Bank National Association as Co-Trustee lmartin@bernsteinlaw.com
              LARA SHIPKOVITZ MARTIN    on behalf of Defendant    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company lmartin@bernsteinlaw.com
              PETER J. ASHCROFT    on behalf of Creditor   NATIONSTAR MORTGAGE LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              PETER J. ASHCROFT    on behalf of Defendant    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor   NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Mary Ellen Jones
    Debtor(s)

Case No: 15−16119−jkf
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*

Motion for Relief from Stay Filed by NATIONSTAR MORTGAGE LLC Represented by PETER J. ASHCROFT (Counsel).

Pre−Trial in Adv. 17−00111−JKF

    on: 7/16/19

    at: 02:00 PM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

Date: 5/30/19

For The Court

Timothy B. McGrath
Clerk of Court

136 − 59
Form 167