IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Bankruptcy No. 15-16119-amc |
|---|---|
| MARY ELLEN JONES, | Chapter 13 |
| Debtor/Plaintiff | Adversary Case No. 17-00111-amc |

CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION TO WITHDRAW AS COUNSEL (DOC. NO. 161)

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Withdraw as Counsel, filed at Doc. No. 161 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than July 8, 2020.

      It is hereby respectfully requested that the Order attached to the Movant's Motion to Withdraw as Counsel be entered by the Court.

Dated: July 23, 2020

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

By: /s/*Lara S. Martin*
Lara S. Martin, Esq.
PA I.D. # 307272
lmartin@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone - (412) 456-8102
Fax - (412) 456-8135