## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: <br><br> MARY ELLEN JONES, <br><br> Debtor/Plaintiff | Bankruptcy No. 15-16119-amc <br><br> Chapter 13 <br><br> Adversary Case No. 17-00111 |
|---|---|

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion to Withdraw as Counsel, it is hereby ORDERED, ADJUDGED and DECREED that Keri P. Ebeck, Esquire, Lara S. Martin and the law firm of Bernstein - Burkley, P.C. is permitted to withdraw as counsel as to Mortgage Equity Conversion Asset Trust 2011-1 (aka Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities 2011-1) by US Bank National Association as Co-Trustee through its servicer, Nationstar Mortgage, LLC d/b/a Champion Mortgage in Case No. 15-16119 and Adversary No. 17-00111.

**Date: July 29, 2020**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge