United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mary Ellen Jones  
    Debtor

Case No. 15-16119-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　User: Stacey　　　　Page 1 of 2　　　　Date Rcvd: Jul 29, 2020  
                       Form ID: pdf900　　　　　Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2020.
```
db             +Mary Ellen Jones,    228 S. 49th Street,    Philadelphia, PA 19139-4206
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 30 2020 04:46:46      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 30 2020 04:46:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 30 2020 04:46:41      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                               TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2020 at the address(es) listed below:
```
              BRANDON DONALD PACK    on behalf of Defendant    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company bpack@rasnj.com
              BRANDON DONALD PACK    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE
               COMPANY bpack@rasnj.com
              CHARLES GRIFFIN WOHLRAB    on behalf of Defendant    Nationstar Mortgage LLC d/b/a Champion
               Mortgage Company cwohlrab@rascrane.com
              IRWIN LEE TRAUSS    on behalf of Plaintiff Mary Ellen Jones itrauss@philalegal.org,
               irwin@trauss.com
              IRWIN LEE TRAUSS    on behalf of Debtor Mary Ellen Jones itrauss@philalegal.org,   irwin@trauss.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    Champion Mortgage Company
               Josh.Goldman@padgettlawgroup.com
              KERI P EBECK    on behalf of Defendant    Nationstar Mortgage LLC d/b/a Champion Mortgage Company
               kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              KERI P EBECK    on behalf of Defendant    Mortgage Equity Conversion Asset Trust 2011-1 (a/k/a
               Mortgage Equity Conversion Asset Trust 2001-1, Mortgage-Backed Securities 2001-1) by U.S. Bank
               National Association as Co-Trustee kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              KERI P EBECK    on behalf of Creditor    Mortgage Equity Conversion Asset Trust 2011-1 (aka
               Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities 2011-1) by US Bank
               National Association as Co-Trustee kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              KEVIN M. BUTTERY    on behalf of Creditor    NATIONSTAR MORTGAGE LLC cdigianantonio@rascrane.com
              LARA SHIPKOVITZ MARTIN    on behalf of Defendant    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company lmartin@bernsteinlaw.com
              LARA SHIPKOVITZ MARTIN    on behalf of Creditor    Mortgage Equity Conversion Asset Trust 2011-1
               (aka Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities 2011-1) by US
               Bank National Association as Co-Trustee lmartin@bernsteinlaw.com
              PETER J. ASHCROFT    on behalf of Defendant    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company pashcroft@bernsteinlaw.com,    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              PETER J. ASHCROFT    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2                User: Stacey              Page 2 of 2                Date Rcvd: Jul 29, 2020
                                    Form ID: pdf900           Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                    TOTAL: 18

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | Bankruptcy No. 15-16119-amc |
|---|---|
| MARY ELLEN JONES, | Chapter 13 |
| Debtor/Plaintiff | Adversary Case No. 17-00111 |

       AND NOW, this _____ day of _____, 2020, upon consideration of the Motion to Withdraw as Counsel, it is hereby ORDERED, ADJUDGED and DECREED that Keri P. Ebeck, Esquire, Lara S. Martin and the law firm of Bernstein - Burkley, P.C. is permitted to withdraw as counsel as to Mortgage Equity Conversion Asset Trust 2011-1 (aka Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities 2011-1) by US Bank National Association as Co-Trustee through its servicer, Nationstar Mortgage, LLC d/b/a Champion Mortgage in Case No. 15-16119 and Adversary No. 17-00111.

**Date: July 29, 2020**

                                                            Honorable Ashely M. Chan
                                                            United States Bankruptcy Judge