**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Mary Ellen Jones | : | CHAPTER 13 |
| Debtor | : | BANKRUPTCY NO. 15-16119 |

**PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. SECTIONS 1325(a)(6), 1325(a)(8) AND (a)(9)**

I Irwin Trauss upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for February 10, 2021 in the above-referenced case:

1. The above-named debtor(s) will be able to make all payments under the 2nd Amended plan and to comply with the plan.

2. The above-named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations. There are none.

3. The above-named debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308. She is not obligated to file any,

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of debtor(s), counsel certifies that debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

DATED: 02/09/2021          BY:/s/ Irwin Trauss
                           Irwin Trauss, Esquire
                           Attorney for Debtor

Revised 04/24/06