United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-16119-amc |
| Mary Ellen Jones | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 17, 2021 | Form ID: 155 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Ellen Jones, 228 S. 49th Street, Philadelphia, PA 19139-4206 |
| 14205631 | ++ | CHAMPION MORTGAGE COMPANY, PO BOX 619093, DALLAS TX 75261-9093 address filed with court:, Champion Mortgage Company, 8950 Cypress Waters Blvd., Coppell TX 75019 |
| 13586579 | + | Champion Mortgage Company, 350 Highland Drive, Lewisville, TX 75067-4488 |
| 13638239 | + | Champion Mortgage Company, 350 Highland Drive, Lewisville, Texas 75067-4488 |
| 13638240 | | City of Philadelphia, Dept. of Water Revenue, Bankruptcy Depar, Philadelphia, Pennsylvania 19102 |
| 13586580 | | City of Philadelphia, Dept. of Water Revenue, Bankruptcy Department, Philadelphia, PA 19102 |
| 13586581 | + | Marc S Weisberg, McCabe and Weisberg, 123 S. Broad Street, Ste 2080, Philadelphia, PA 19109-1031 |
| 14217565 | + | Mortgage Equity Conversion Asset Trust 11-00001, C/O KERI P EBECK, 707 Grant Street, Suite 2200 Gulf Tower, Pittsburgh, PA 15219-1908 |
| 14217562 | + | Mortgage Equity Conversion Asset Trust 11-00001, C/O LARA SHIPKOVITZ MARTIN, 707 Grant Street, Ste. 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 13638243 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067 |
| 14514693 | + | NATIONSTAR MORTGAGE LLC, C/O PETER J. ASHCROFT, 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1908 |
| 13586582 | + | Nationstar Mortgage, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 13612331 | + | Nationstar Mortgage LLC d/b/a Champion Mortgage Co, Champion Mortgage Company, P.O. Box 619093, Dallas, TX 75261-9093 |
| 13586584 | + | Philadelphia Gas Works, 800 W. Montgomery Avenue, Bankruptcy Uni, Philadelphia, PA 19122-2898 |
| 13638245 | + | Philadelphia Gas Works, 800W. Montgomery Avenue, Bankruptcy Unit, Philadelphia, Pennsylvania 19122-2898 |
| 13638246 | + | Saunders House - Rehabilitation Facility, 100 Lancaster Avenue, Wynwood, PA 19096-3450 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 13638241 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 18 2021 03:38:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, Saint Cloud, MN 56302=9617 |
| 13586583 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 18 2021 03:37:00 | PECO Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 13638244 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 18 2021 03:37:00 | PECO Energy, 2301 Market Street, Philadelphia, Pennsylvania 19103-1380 |
| 13665209 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 18 2021 03:37:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 13638247 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 18 2021 03:37:00 | Verizon, 2000 South Broad Street, Philadelphia, Pennsylvania 19145-2305 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Mar 17, 2021 | Form ID: 155 | Total Noticed: 21 |

13638242    *+    Marc S Weisberg, McCabe and Weisberg, 123 S. Broad Street, Ste 2080, Philadelphia, PA 19109-1031

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2021 at the address(es) listed below:

**Name**    **Email Address**

BRANDON DONALD PACK
    on behalf of Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company bpack@rasnj.com

BRANDON DONALD PACK
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY bpack@rasnj.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company cwohlrab@raslg.com

IRWIN LEE TRAUSS
    on behalf of Debtor Mary Ellen Jones itrauss@philalegal.org irwin@trauss.com

IRWIN LEE TRAUSS
    on behalf of Plaintiff Mary Ellen Jones itrauss@philalegal.org irwin@trauss.com

JOSHUA I. GOLDMAN
    on behalf of Creditor Champion Mortgage Company Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

KERI P EBECK
    on behalf of Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

KEVIN M. BUTTERY
    on behalf of Creditor NATIONSTAR MORTGAGE LLC cdigianantonio@rascrane.com

LARA SHIPKOVITZ MARTIN
    on behalf of Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company lmartin@bernsteinlaw.com

LARA SHIPKOVITZ MARTIN
    on behalf of Creditor Mortgage Equity Conversion Asset Trust 2011-1 (aka Mortgage Equity Conversion Asset Trust 2011-1 Mortgage-Backed Securities 2011-1) by US Bank National Association as Co-Trustee lmartin@bernsteinlaw.com

PETER J. ASHCROFT
    on behalf of Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

PETER J. ASHCROFT
    on behalf of Creditor NATIONSTAR MORTGAGE LLC pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 17, 2021 | Form ID: 155 | Total Noticed: 21 |

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Mary Ellen Jones
       Debtor(s)

Chapter: 13

Bankruptcy No: 15−16119−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 17th day of March 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

182
Form 155