| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 15-16119-AMC**

| | |
|---|---|
| MARY ELLEN JONES | Petition Filed Date: 08/26/2015 |
| 228 S. 49TH STREET | 341 Hearing Date: 01/29/2016 |
| PHILADELPHIA  PA    19139 | Confirmation Date: 03/10/2021 |

Case Status: Completed on 3/ 1/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/01/2021 | $10.00 | 26711395828 | | | | | | |

**Total Receipts for the Period:  $10.00    Amount Refunded to Debtor Since Filing:  $0.87   Total Receipts Since Filing: $180.87**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CHAMPION MORTGAGE COMPANY<br>»» 01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CHAMPION MORTGAGE COMPANY<br>»» 01U | Unsecured Creditors | $33,558.14 | $106.96 | $33,451.18 |
| 3 | PHILADELPHIA GAS WORKS<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PECO ENERGY COMPANY<br>»» 003 | Unsecured Creditors | $17,665.33 | $56.31 | $17,609.02 |
| 0 | IRWIN LEE TRAUSS ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | MARY ELLEN JONES | Debtor Refunds | $0.87 | $0.87 | $0.00 |

Chapter 13 Case No. 15-16119-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $180.87 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $164.14 | Arrearages: | $0.00 |
| Paid to Trustee: | $16.73 | Total Plan Base: | $180.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.