United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Mary Ellen Jones  
    Debtor

Case No. 15-16119-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 06, 2021 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mary Ellen Jones, 228 S. 49th Street, Philadelphia, PA 19139-4206 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRANDON DONALD PACK | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY bpack@rasnj.com |
| BRANDON DONALD PACK | on behalf of Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company bpack@rasnj.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company cwohlrab@raslg.com |
| IRWIN LEE TRAUSS | on behalf of Plaintiff Mary Ellen Jones itrauss@philalegal.org  irwin@trauss.com |
| IRWIN LEE TRAUSS | on behalf of Debtor Mary Ellen Jones itrauss@philalegal.org  irwin@trauss.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Champion Mortgage Company Josh.Goldman@padgettlawgroup.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 06, 2021 | Form ID: 212 | Total Noticed: 1 |

angelica.reyes@padgettlawgroup.com

KERI P EBECK
on behalf of Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

KEVIN M. BUTTERY
on behalf of Creditor NATIONSTAR MORTGAGE LLC cdigianantonio@rascrane.com

LARA SHIPKOVITZ MARTIN
on behalf of Creditor Mortgage Equity Conversion Asset Trust 2011-1 (aka Mortgage Equity Conversion Asset Trust 2011-1 Mortgage-Backed Securities 2011-1) by US Bank National Association as Co-Trustee lmartin@bernsteinlaw.com

LARA SHIPKOVITZ MARTIN
on behalf of Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company lmartin@bernsteinlaw.com

PETER J. ASHCROFT
on behalf of Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

PETER J. ASHCROFT
on behalf of Creditor NATIONSTAR MORTGAGE LLC pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

POLLY A. LANGDON
on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

THOMAS I. PULEO
on behalf of Creditor NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                                      Chapter: 13

    Mary Ellen Jones

Debtor(s)                                                                              Case No: 15−16119−amc

_____

*ORDER*

    AND NOW, August 6, 2021, it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall file

☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Ashely M. Chan

Judge ,United States Bankruptcy Court

188
Form 212