# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Mary Ellen Jones

:  Chapter 13

:

Debtor  :  Bankruptcy No. 15-16119

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Application for Exemption from Financial Management Course Requirement; Domestic Support Obligation Certification and §522(q) Certification, and any response thereto, it is hereby **ORDERED** that said motion is **GRANTED**. Debtor Mary Ellen Jones is excused from participating in the Financial Management Course; from filing a Certification regarding Domestic Support Obligations and from filing a Certification of compliance with 11 U.S.C. §522(q). In accordance with the recommendation of the Chapter 13 Standing Trustee, the court shall enter a Discharge Order in favor of Debtor.

BY THE COURT:

_____ J.

**Date: August 19, 2021**