United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                   Case No. 15-16119-amc
Mary Ellen Jones                                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 19, 2021 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mary Ellen Jones, 228 S. 49th Street, Philadelphia, PA 19139-4206 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Aug 19 2021 23:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 19 2021 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 19 2021 23:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 21, 2021                                      Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRANDON DONALD PACK | |

Case 15-16119-amc    Doc 192    Filed 08/21/21    Entered 08/22/21 00:30:45    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 19, 2021 | Form ID: pdf900 | Total Noticed: 4 |

    on behalf of Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company bpack@rasnj.com

BRANDON DONALD PACK
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY bpack@rasnj.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company cwohlrab@raslg.com

IRWIN LEE TRAUSS
    on behalf of Plaintiff Mary Ellen Jones itrauss@philalegal.org irwin@trauss.com

IRWIN LEE TRAUSS
    on behalf of Debtor Mary Ellen Jones itrauss@philalegal.org irwin@trauss.com

JOSHUA I. GOLDMAN
    on behalf of Creditor Champion Mortgage Company Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com

KERI P EBECK
    on behalf of Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

KEVIN M. BUTTERY
    on behalf of Creditor NATIONSTAR MORTGAGE LLC cdigianantonio@rascrane.com

LARA SHIPKOVITZ MARTIN
    on behalf of Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company lmartin@bernsteinlaw.com

LARA SHIPKOVITZ MARTIN
    on behalf of Creditor Mortgage Equity Conversion Asset Trust 2011-1 (aka Mortgage Equity Conversion Asset Trust 2011-1 Mortgage-Backed Securities 2011-1) by US Bank National Association as Co-Trustee lmartin@bernsteinlaw.com

PETER J. ASHCROFT
    on behalf of Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

PETER J. ASHCROFT
    on behalf of Creditor NATIONSTAR MORTGAGE LLC pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 16

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   Mary Ellen Jones

                                                    :   Chapter 13

                                                    :

                    Debtor   :   Bankruptcy No. 15-16119

**ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of the Application for Exemption from Financial Management Course Requirement; Domestic Support Obligation Certification and §522(q) Certification, and any response thereto, it is hereby **ORDERED** that said motion is **GRANTED**. Debtor Mary Ellen Jones is excused from participating in the Financial Management Course; from filing a Certification regarding Domestic Support Obligations and from filing a Certification of compliance with 11 U.S.C. §522(q). In accordance with the recommendation of the Chapter 13 Standing Trustee, the court shall enter a Discharge Order in favor of Debtor.

BY THE COURT:

_____ J.

**Date: August 19, 2021**