United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-16119-amc |
| Mary Ellen Jones | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 02, 2022 | Form ID: 138FIN | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Ellen Jones, 228 S. 49th Street, Philadelphia, PA 19139-4206 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 02 2022 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2022 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | May 02 2022 23:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 04, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRANDON DONALD PACK | on behalf of Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company bpack@rasnj.com |

Case 15-16119-amc   Doc 196   Filed 05/04/22   Entered 05/05/22 00:33:18   Desc
Imaged Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 02, 2022 | Form ID: 138FIN | Total Noticed: 4 |

**BRANDON DONALD PACK**
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY bpack@rasnj.com

**CHARLES GRIFFIN WOHLRAB**
    on behalf of Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company cwohlrab@raslg.com

**IRWIN LEE TRAUSS**
    on behalf of Plaintiff Mary Ellen Jones itrauss@philalegal.org  irwin@trauss.com

**IRWIN LEE TRAUSS**
    on behalf of Debtor Mary Ellen Jones itrauss@philalegal.org  irwin@trauss.com

**JOSHUA I. GOLDMAN**
    on behalf of Creditor Champion Mortgage Company Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com

**KERI P EBECK**
    on behalf of Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

**KEVIN M. BUTTERY**
    on behalf of Creditor NATIONSTAR MORTGAGE LLC cdigianantonio@rascrane.com

**LARA SHIPKOVITZ MARTIN**
    on behalf of Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company lmartin@bernsteinlaw.com

**LARA SHIPKOVITZ MARTIN**
    on behalf of Creditor Mortgage Equity Conversion Asset Trust 2011-1 (aka Mortgage Equity Conversion Asset Trust 2011-1 Mortgage-Backed Securities 2011-1) by US Bank National Association as Co-Trustee lmartin@bernsteinlaw.com

**PETER J. ASHCROFT**
    on behalf of Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

**PETER J. ASHCROFT**
    on behalf of Creditor NATIONSTAR MORTGAGE LLC pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

**POLLY A. LANGDON**
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

**SCOTT F. WATERMAN (Chapter 13)**
    ECFMail@ReadingCh13.com

**THOMAS I. PULEO**
    on behalf of Creditor NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

**United States Trustee**
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Mary Ellen Jones
      Debtor(s)

Case No: 15−16119−amc

Chapter: 13

___

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/2/22

195 − 187
Form 138FIN